DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VILLAGE OF SANDALWOOD LAKES SOUTH HOMEOWNERS ASSOCIATION, INC.,**
Appellant,

v.

**M JALL HOMES, LLC,**
Appellee.

No. 4D20-991

[May 27, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates Jr., Judge; L.T. Case No. 2019CA011006XXXXMB.

Diran V. Seropian of Shendell & Pollock, P.L., Boca Raton, for appellant.

Cory S. Carano of Cory S. Carano, P.A., Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***